**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

MARCUS RELEFORD                                                  PLAINTIFF

V.                      NO: 5:14CV00420 KGB/JWC

MIRIAM LESTER, *et al*                              DEFENDANTS

## **ORDER**

Plaintiff Marcus Releford, a former inmate who was incarcerated at the Arkansas Department of Correction, filed this *pro se* complaint, pursuant to 42 U.S.C. § 1983, on November 18, 2014, and was granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a). On June 10, 2015, Plaintiff filed a change of address notice indicating that he has been released from custody, and requesting a case update.

When a plaintiff is released from confinement, the Court's policy is to require re-submission of affidavits to determine whether he should be required to pay all, or a portion of, the fees and costs of the lawsuit. If Plaintiff wishes to proceed with this lawsuit, he is directed pay the remaining balance of his filing fee, or to resubmit an IFP application which reflects his free-world financial status, no later than 30 days after the entry date of this order.[1] Plaintiff's failure to do so will result in the recommended dismissal of this lawsuit.

IT IS THEREFORE ORDERED THAT:

1.      The Clerk is directed to forward an IFP application to Plaintiff.

2.      Plaintiff is directed to submit the remaining balance of the $350.00 statutory filing

---

[1]Court records indicate Plaintiff has paid $32.33 of the $350.00 filing fee.

fee, or to complete and sign the IFP application, and file it, no later than 30 days after the entry date of this order. Plaintiff's failure to do so will result in the recommended dismissal of his complaint.

     3.    In response to Plaintiff's request for a case update, the Clerk is directed to send Plaintiff a copy of the docket sheet.

     DATED this 19th day of June, 2015.

                                                                                 UNITED STATES MAGISTRATE JUDGE