IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MARCUS RELEFORD**                                                                                  **PLAINTIFF**

v.                              Case No. 5:14-cv-00420-KGB-PSH

**MIRIAM LESTER, MARK COLBERT,**
**JOHN FELTS, RAY HOBBS, and**
**LARRY CRANE**                                                                                        **DEFENDANTS**

## ORDER

The Court has received Proposed Findings and Recommendation from United States Magistrate Judge Patricia Harris (Dkt. No. 37). Plaintiff Marcus Releford has not filed an objection, and the time to file objections has passed. After careful review of the Proposed Findings and Recommendation and the record, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, the Court grants defendants' motion for summary judgment (Dkt. No. 33) and dismisses with prejudice Mr. Releford's claims against defendant Larry Crane . The Court certifies that an *in forma pauperis* appeal from the Order and Judgment dismissing this case would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

So ordered this 12th day of September, 2016.

_____
Kristine G. Baker
United States District Judge