IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MARCUS RELEFORD**                                                       **PLAINTIFF**

**v.**                                **Case No. 5:14-cv-00420-KGB**

**MIRIAM LESTER, MARK COLBERT,**
**JOHN FELTS, RAY HOBBS, and**
**LARRY CRANE**                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day (Dkt. No. 38) and the Order previously entered by the Court on September 8, 2015 (Dkt. No. 32), it is considered, ordered, and adjudged that this case is hereby dismissed. This Court dismisses without prejudice plaintiff Marcus Releford's claims against defendants Miriam Lester, Mark Colbert, John Felts, and Ray Hobbs and dismisses with prejudice his claims against defendant Larry Crane consistent with this Court's Orders.

So adjudged this 12th day of September, 2016.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge